# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00602-CV

**In re Rodney Kidd**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and prohibition is denied. *See* Tex. R. App. P. 52.8(a).

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: October 1, 2015